I am still Greg Silvey. I am representing the appellant here in a slightly less fascinating case than the last Trafficking, run-of-the-mill trafficking case, but our interesting legal issue is Does 404b mean what it says? And so this is the case. I mean there's various side issues the primary issue Goes to 404b notice, and what happens when the government doesn't give it and what can excuse it? District Court here did excuse it The district court actually never got there the district court probably was going to excuse it however the district court Instead decided it was not 404b evidence And we do the government kind of characterize these things as alternative rulings But it is very clear that the court kind of goes back and forth and and and says it's not 404b evidence and that's my ruling Exactly Well when we go to the inner coin concept I mean as I understand that legal principle that comes in for two reasons number one is it's part of the charge Offense and number two it allows the government to tell the story Well, and we have two different sets of evidence one was the CI Who first said oh I knew I could buy drugs from the defendant because I bought them from her before a year ago Or however long it clearly was not part of the instant offense And so I mean it's interesting the CI is using her knowledge as propensity evidence I did it before I could do it again and There's just no reason the jury needs to know that I mean and I think what becomes important with this kind of diluting of what's 404b evidence by claiming it lets the government tell the story is we should distinguish between what is vital and what is just Helpful, so I mean this case is made by CI makes phone calls CI walks in gets dope leaks Nothing else needs to be to be said and so by just backing it up. Yeah, it's interesting, but Probably all right, but what what do you gain? We send it back to the women says I and send it I Will do what looks like I was going to do anyway, which is to excuse the failure to give notice Well, you know what has I gained you well, I guess number one from this court's perspective There is very little law on 404b notice and excuse and and certainly I I believe that the district number the district court if it's excusing notice should do it for the right to correct legal reasons and as I Briefed it. I mean I think the court just kind of starts to Take different principles and stick them all together and says that's fine, and I don't believe those are the legal standards I probably agree with you that they should have given notice and it could have come in for the purpose of intent But here again With all the evidence we have here. Is it not harmless? Well, I would It is perhaps not triggers But But I'd I Guess I can't I would I would suggest that it is not I certainly cannot concede my care I can't confess error at this point But it is a strong case, but again it is you know an interesting thing I guess I'll answer it this way there were three days of argument over this stuff. I I Mean if they thought that hey we have a slam-dunk case Why did they insert the level of at the very least potential error if not? What I would like to think that the court will declare to be error into this case So, you know if you take away the CI first saying I was there and then the other thing about when Hernandez says Perez would call me and I'd go find the dope and that's a confession basically So, I mean obviously the the government found that they wanted to confess What's basically a confession in so you take that out you take the first CI? Transaction out and then you have do you believe the CI or not? Okay, so I guess I have a better answer than I thought So if you take basically what the confession to the Agent out of it then you have the CI who's the criminal who's the meth head who's? Lied to the cops who's done this and that and who's working off crimes and getting monetary consideration So then we shift into We have the big credibility determination did this really happen as the CI said or not and I mean certainly we all Obviously the jury, you know if the cop says the defendant confessed to them the jury's gonna believe that so there is my there is my In the two things no there was not again, there's two different things on the one on the CI's prior Dealings with her like five or six days before trial the government finally did a 404 B notice on the other one. They never did Yeah, they absolutely never did and what I really find most significant about this 404 B stuff and this was part of why I think the district court was wrong and it's excuse or where it was going in excusing is It's very important to distinguish what's in discover, you know Discovery is not 404 B. Notice all kinds of stuff is in discovery Which nobody would believe is admissible and the whole point of 404 B notice is to tell the defense so you can bring a motion in lemon or conversely you plead out or Whatever you do and so And I think Vega You know that recognized it, you know, it's not a matter of whether the defendant knew about the 404 B evidence It's their acts. They always know There there is no situation in which the defendant does not have actual notice of the 404 B evidence That I suppose you could get into it They don't know if the government knows And discovery would tell them but the real point is is the government going to use this and if you don't know that the government's Use it. You do not know how to prepare a case and you don't know and again And and you don't know whether to even go to trial or not and and as another principle by which I will assert Is the easier that a rule is to comply with? The the less slack the government should be given For not complying with it and I mean it isn't hard to go through that. I mean again, I argued I mean if you look at actual both pieces of evidence of the first CI Saying what she was doing and then this this Confession thing. I mean, there's no way that they should have the government should have come across thinking they didn't have any 404 B issues So if they didn't have think they had any then they shouldn't get to use it Yes, I would like to thank you May it please the court. My name is Serena case Hargrove and I represent the United States in this matter. I Want to begin by addressing the issue of notice and I want to make it clear with respect to the two different kinds two different 404 B pieces of evidence that were in dispute With respect to agent MacGuffin statement about the defendants admissions Notice was provide provided in discovery on December 22nd as part of the court's Order the government was required to provide The substance of any other relevant oral statement made by the defendant whether before or after arrest in response to interrogation by any person If the government intends to use that statement at trial, how was that notice that it was 404 B evidence? It was not it was not know it the statement was simply identified as one that the government would want to use So it was not specifically noticed as 404 B evidence Your honor I've spoken with trial counsel at length about this and he honestly it didn't occur to him that These statements which he viewed all along as admissions would possibly be 404 B evidence Indeed when the court finally ruled that it was 404 B evidence He then was willing to accept the court's decision and to argue that it should be admitted as 404 B But he honestly never saw it as 404 B evidence these statements that the that the defendant made he saw them as admissions To have the government turn square corners and I don't like to decide cases on harmless error But I find myself forced to that sometimes Well in this case your honor in addition to that notice on December 22nd The government did provide notice again Not specifically labeling the evidence as 404 B evidence because again the prosecutor just didn't see it that way but on March 26 the government Provided filed a motion. So this is seven days before trial explaining that it wanted to exclude some of the defendants post-arrest statements as Self-serving hearsay and in that motion the government made it abundantly clear that it was planning on introducing Her statement that it had already given notice of just as a statement into evidence at that point defense counsel flagged it as a potential 404 B issue and Objected to that and filed a motion briefed the issue before the court. So that was all Before trial it was only seven days before Yes in a perfect world We should be providing 404 B notice as soon as we can possibly realize that it's 404 B evidence But in this case, although it wasn't perfect with respect to the defendants admissions Counsel defense counsel did know before trial and the court did have the opportunity to have Counsel's the benefit of counsel's argument on that issue But didn't the court that say that there was no adequate 404 B notice for either? Yes. Well, if I would it ruled that way if The the notice was given In your view, why do you think the court said there was no 404 B notice? In looking over the record, I believe it's because with respect to the defendants admissions So agent McLaughlin statements the government never provided a slip of paper saying 404 B notice It came out in discussion with the court and with defense counsel in briefing with respect to the other statement the CI statement The the court made a separate holding on that and decided it wasn't 404 B evidence But the government had actually provided notice with respect to that statement, but only on April 1st Yes one day before trial the government provided 404 B notice on the CI statement But with respect to agent McLaughlin statement Which is the one the court found inadequate notice on the government never did produce a piece of paper saying This is 404 B notice It was abundantly clear and the court held that it was a profound that it was abundantly clear that the government planned on introducing This evidence the defense counsel viewed it as 404 B evidence and the court ultimately held in the alternative that it was So notice was certainly not perfect with respect to With respect to agent McLaughlin statement, but because it was effective And the court did have the opportunity to consider the issue before trial and the parties had the opportunity to plan for it This case differs dramatically from vega What about the other 404 B evidence the CI statement right the portion by the prior Yes, that the CI had purchased methamphetamine from the defendant before Yes, sir highly prejudicial I Agree I think that it is I mean it's inextricably the court held that it was inextricably intertwined Pardon, it was wrong about that He may have been wrong about nothing inextricably the time about it. The government doesn't have to you know wasn't challenged It's not a trapping case So that you know, it's not like government had to explain why it had suspicion you've seen many criminal trials and How often does the government? Explain why it suspects, you know how it comes to start investigating somebody Seldom happens. This was highly gratuitous put in there not for no other reason than to make defendant Seem like the kind of Person who would do this and do this again Your honor again the government believed that The jury the government was worried that the jury would speculate and the speculation could go either way It could help the government or it could help the defendant or could hurt the government or hurt the defendant If they the government was concerned that Probably big worry in part But usually the way war is like that are taken care of us by instructing the jury last in the court is from the jury You are not to speculate as to how? the start Yes, no, and I would I would argue again, this is not as strong a case as George I can I can see where it's of trying to help on defendant by Proving that it was a prior transact not transaction well, the concern was that The jury could speculate that everyone knew that this was just out there in the community that this person was a drug dealer That was that was the concern to take care of that problem. You say well No, we don't need to worry about that because here we have a actual prior transaction about in this defendant. So we're going to sort of Go easy on this defendant I agree this is not a strong argument It's hard to make this totally straight face. I agree. This is not nearly as strong a case for inter Intertwining as DeGeorge was that said why don't we just send him back and have you guys do it right without this? Well, the harmless error standard does apply and in this case You Don't you want to get the federal fair and square and I'm not you know, not some of this technicality of Your honor Harmless error does apply and the evidence in this case was more than sort of talk about your victory So this will have someone asked us next to it You wouldn't want that would you Your honor the evidence was overwhelming and so and there were significant you get it pardon you take their victory We're yes. Exactly. We have resources to spend other places, but You know harmless error standard does apply and the evidence was overwhelming. The only way we can get this harmless error Yes, if you believe that it's not inextricably intertwined then Then it could be evidence of it of intent and then the court would have to go through the 404 B analysis but then also the 403 analysis which you went through at the beginning of your questioning and So, yes, I would I would rely on harmless harmlessness with respect to this second Could you briefly address the firearm enhancement? certainly This enhancement the court Found that it was reasonably foreseeable That the firearm that the co-defendant would possess the firearm and the court found it was reasonably foreseeable for a number of reasons there were significant amount of drugs involved in the joint actions of the co-defendants and The the court actually found that the defendant probably knew of this gun which was in the And was very near the drugs which were which were hidden in her bedroom Even without the knowing finding though the court found that it was certainly reasonably foreseeable because of the quantity of drugs and Because the defendant was intimately acquainted with her co-defendant. They were husband and wife They had been living together separated from some for some time But then we're living together again and had been working together for a long time. And so in light of that The court concluded that the volume of drugs and her clear knowledge of her co-defendants activities and his Ongoing their ongoing course of conduct Allowed him to conclude to find that there was a it was reasonably foreseeable and that differentiates this case from Highsmith And Kelso in that case the courts had found the district courts have simply found constructive possession They hadn't made that alternative finding about reasonable found in plain sight in his room. Yes, it was in plain sight It was a cluttered but open area That's right right out with the kids toys Yes in your videos children's videos, too. Yes Okay, thank you, thank you Very quickly to pick up where just left off About what the co-defendant should have known about her her Significant other I mean her her this was an odd case in which her four or five pounds of distribution were six months before Arrest and so the amount that's found at the house is only 15 grams of meth So this isn't Garcia where there's 17 keys of coke or something in the you know their arms So we really do have a disconnect between what her activities were and then what happens when she's ultimately arrested But to the 404 be notice I did want him actually one thing that occurred to me was about listening about trial counsel and his concerns for the defendant But about trial it's not occurring to trial counsel. This is 404 B I guess my reaction to that is well when the government guess is wrong. Why aren't they held to it? Why does everything seem to be to the defendants detriment? If he's wrong, you don't know if he was wrong about whether it was 404 B If you don't let it in if you decide he's wrong on appeal You send it back as the law says we have to determine whether or not the error is harmless Otherwise everything would be sent back and you know to conserve resources. I mean our precedents clear that we have to Speaking that was more of a general and more of a general rant. I was working myself up for But I do have an act. I do have an actual legal point and then I'll sit down In certainly in the briefing and counsel really didn't get to it here But was talking about Vega being this complete failure of notice where Erickson ten years before was it with information was in discovery Vega and I've been over Vega a lot of times and I think That what's what's interesting is I don't know I don't think they produced it in discovery obviously the defendant knew about the 404 B stuff because it was her actions But I'm pretty sure in deciding whether the government was intending to use that evidence They had subpoenaed the witnesses Therefore they would have been on a witness list etc. Etc. So I don't think it was just this pure surprise in rebuttal You have talked about you know everything you need but if you can't But the one thing you have not addressed is the one thing that might help your client and that is prejudice Harmless error are you conceding that the error was harmless and if so We might as well sit down and if not I'm gonna start talking real fast because that's the one thing that might actually Well, it's to the prejudice versus harmlessness and I argued earlier, you know the government tried for three days To get this in I'm sorry I'm sorry. I'm still getting feedback. Are we pontificating again? Yes. No Chapter verse How it is why this evidence made a difference in this verdict so that that you need a retrial? You can't simply affirms. This is the kind of nuts and bolts stuff that actually makes a difference Specifically this was the wrongful introduction of what was basically the confession of the defendant where the entire evidence against her is from The evidence against her is from the flaky criminal crank NCI And that's the kind of thing that does make a difference, but juries believe flaky Informants all the time you get the convictions a lot of times They believe them more when there's a cop saying the defendant fessed up So, I mean, I guess again, I would prefer to come to you in this case with another triggers But to the extent that I mean, this is a I will concede it is a weaker harmless error argument But I do not concede that it is it is just harmless and fold up the tent Although I think I'm folding it up here regardless with my time So, thank you. Thank you The last piece of the calendar is nice it was show
judges: Kozinski, Fletcher, Rawlinson